Argued and submitted March 28, reversed and remanded for new trial May 2, 2001

# STATE OF OREGON,
*Respondent,*

*v.*

# ALISSA FECHTER,
*Appellant.*

97-349; A103937

23 P3d 389

Robin A. Jones, Deputy Public Defender, argued the cause for appellant. With her on the brief was David, E. Groom, State Public Defender.

Timothy A. Sylwester, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Edmonds, Presiding Judge, and Deits, Chief Judge, and Wollheim, Judge.

PER CURIAM

Reversed and remanded for new trial. *State v. Maddox*, 165 Or App 573, 997 P2d 276, *rev den* 331 Or 244 (2000).